THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILBERT WILKES, Appellant.—

Rabin, P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.

JOSEPH VINACOUR et al., Respondents, v. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Appellant.—

Rabin, P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.